**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Michael Dellock          BK NO. 21-01247 MJC

Debtor(s)

Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity, but solely as Trustee for LSRMF MH Master Participation Trust II and index same on the master mailing list.

                          Respectfully submitted,

                          /s/ Rebecca Solarz
                          Rebecca Solarz
                          10 Nov 2021, 13:26:33, EST

                          KML Law Group, P.C.
                          BNY Mellon Independence Center
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106
                          215-627-1322