IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**In Re:**                                  :        **Case No. 5:21-bk-01247-MJC**
**Michael Dellock**                         :
    **Debtor**          :        **Chapter 13**
                                            :
**Michael Dellock**                         :        **Related to Doc. No. 52**
**S. S. No. xxx-xx-6581**                   :
    **Movant**          :
                                            :
    **v.**              :
                                            :
**DSS and**                                 :
**Jack N. Zaharopoulos, Esq.,**             :
**Chapter 13 Trustee,**                     :
    **Respondents**     :

### CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER

    I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the January 5, 2022, I served a copy of the above-captioned pleading and within Wage Attachment Order together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

    The type(s) of service made on the parties was by United States mail, first class or electronic mail where indicated.

Executed on: January 5, 2022

    /s/Sharla Munroe
    Sharla Munroe, Paralegal
    McElrath Legal Holdings, LLC
    1641 Saw Mill Run Blvd.
    Pittsburgh, PA 15210
    Tel: 412.765.3606
    Fax: 412.765.1917

MATRIX

Service by First Class Mail:

Jack N Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Michael Dellock
1027 Indian Drive
Auburn, PA 17922

DSS
ATTN: Payroll Manager
1 Meridian Blvd
Suite D01
Wyomissing PA 19610