United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                 Case No. 21-01247-MJC

Michael Dellock                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                   User: AutoDocke                  Page 1 of 2

Date Rcvd: Feb 04, 2022              Form ID: pdf010                  Total Noticed: 0

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | ##+ | DSS, 1 Meridian Blvd, Suite D01, Wyomissing PA 19610-3234 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2022                       Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Michelle J. Cunningham | on behalf of Attorney Lake Wynonah Property Owners Association mcunningham@marcushoffman.com |
| Paul W McElrath, Jr. | on behalf of Debtor 1 Michael Dellock ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association not in its individual capacity, but solely as Trustee for LSRMF MH Master Participation Trust II bkgroup@kmllawgroup.com |

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

Michael Dellock : Case No. 5:21-bk-01247-MJC
    Debtor : Chapter 13
:
Michael Dellock : Related to Doc. No. 59
S. S. No. xxx-xx-6581 :
    Movant :
:
v. :
:
DSS and :
Jack N. Zaharopoulos, Esq., :
Chapter 13 Trustee, :
    Respondents :

## ORDER TO STOP PAYROLL DEDUCTION

It is hereby **ORDERED, ADJUDGED** and **DECREED** that,

DSS
1 Meridian Blvd
Suite D01
Wyomissing PA 19610

Is hereby ordered to immediately terminate the attachment of the wages of Michael Dellock, social security number xxx-xx-6581. No future payments are to be sent to Jack N. Zaharopoulos, Trustee on behalf of Michael Dellock,

**IT IS FURTHER ORDERED** that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: February 3, 2022