IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**In Re:**

| | | |
|---|---|---|
| **Michael Dellock** | : | **Case No. 5:21-bk-01247-MJC** |
| Debtor | : | **Chapter 13** |
| | : | |
| **Michael Dellock** | : | **Related to Doc. No. 65** |
| **S. S. No. xxx-xx-6581** | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| **Netrix LLC and** | : | |
| **Jack N. Zaharopoulos, Esq.,** | : | |
| **Chapter 13 Trustee,** | : | |
| Respondents | : | |

### CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER

I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the February 9, 2022, I served a copy of the above-captioned pleading and within Wage Attachment Order together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties was by United States mail, first class or electronic mail where indicated.

Executed on: February 9, 2022

/s/Sharla Munroe
Sharla Munroe, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Blvd.
Pittsburgh, PA 15210
Tel: 412.765.3606
Fax: 412.765.1917

MATRIX

Service by First Class Mail:

Jack N Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Michael Dellock
1027 Indian Drive
Auburn, PA 17922

Netrix LLC
ATTN: Payroll Manager
2801 Lakeside Drive
Bannockburn, IL 60015