In re:  Case No. 21-01247-MJC

Michael Dellock  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Sep 21, 2023 | Form ID: ordsmiss | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Dellock, 1027 Indian Drive, Auburn, PA 17922-9219 |
| 5413426 | | Ces/clc, C/o Acs, Utica, NY 13501 |
| 5413427 | + | Dpt Treasury, 3700 East West Highway, Hyattsville, MD 20782-2092 |
| 5421286 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840 New York, NY 10170-0840 |
| 5419714 | | Lake Wynonah Proerty Owners Ass., 491 Wynonah Dr,, Auburn, PA 17922 |
| 5413434 | + | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108-1006 |
| 5419719 | + | Saint Joseph Medical Center, 225 Kenhorst Blvd,, Reading, PA 19607-1535 |
| 5413437 | + | Suntrust Bank/cc 510, Po Box 85526, Richmond, VA 23285-5526 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: mstranen@marcushoffman.com | Sep 21 2023 18:36:00 | Lake Wynonah Property Owners Association, Marcus & Hoffman, P.C., c/o Michelle J. Stranen, 326 West State Street, Media, PA 19063-3862 |
| 5413418 | + | Email/PDF: bncnotices@becket-lee.com | Sep 21 2023 18:45:36 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 5413419 | ^ | MEBN | Sep 21 2023 18:33:37 | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 5413420 | + | Email/Text: bk@avant.com | Sep 21 2023 18:36:00 | Avant, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 5413421 | + | EDI: TSYS2 | Sep 21 2023 22:39:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 5413422 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Sep 21 2023 18:36:00 | Caliber Home Loans, In, 715 S Metropolitan Ave, Oklahoma City, OK 73108-2054 |
| 5413423 | + | EDI: CAPITALONE.COM | Sep 21 2023 22:39:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5420187 | | EDI: CAPITALONE.COM | Sep 21 2023 22:39:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5413424 | + | EDI: CAPITALONE.COM | Sep 21 2023 22:39:00 | Capital One, N.a., Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5413425 | + | Email/Text: bankruptcy@cavps.com | Sep 21 2023 18:36:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 5423761 | + | Email/Text: bankruptcy@cavps.com | Sep 21 2023 18:36:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5413428 | + | Email/Text: bknotice@ercbpo.com | Sep 21 2023 18:36:00 | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5426467 | | Email/Text: ECF@fayservicing.com | Sep 21 2023 18:36:00 | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5413429 | + | Email/Text: ECF@fayservicing.com | Sep 21 2023 18:36:00 | Fayfinancial, 1601 Lbj Freeway, Farmers Branch, TX 75234-6512 |
| 5413430 | | EDI: JPMORGANCHASE | Sep 21 2023 22:39:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 5413431 | ^ | MEBN | Sep 21 2023 18:33:39 | KML Law Group, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5419715 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2023 18:46:34 | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5421228 | + | Email/Text: mstranen@marcushoffman.com | Sep 21 2023 18:36:00 | Lake Wynonah Property Owners Association, c/o Michelle J. Stranen, Esquire, Marcus & Hoffman, P.C., 326 West State Street, Media, PA 19063, collections@marcushoffman.com 19063-3861 |
| 5413432 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2023 18:45:33 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 5413433 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 21 2023 18:36:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 5413435 | + | Email/Text: ngisupport@radiusgs.com | Sep 21 2023 18:36:00 | Radius Global Solution, 9550 Regency Square, Jacksonville, FL 32225-8116 |
| 5413436 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 21 2023 18:36:00 | Seterus Inc, 8950 Cypress Waters, Coppell, TX 75019-4620 |
| 5413438 | + | EDI: RMSC.COM | Sep 21 2023 22:39:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 5413439 | + | EDI: RMSC.COM | Sep 21 2023 22:39:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 5413440 | + | EDI: RMSC.COM | Sep 21 2023 22:39:00 | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 5413441 | + | EDI: VERIZONCOMB.COM | Sep 21 2023 22:39:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 5426674 | | EDI: AIS.COM | Sep 21 2023 22:39:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5413442 | + | EDI: BLUESTEM | Sep 21 2023 22:39:00 | Webbank, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 5413443 | + | Email/PDF: DellBKNotifications@resurgent.com | Sep 21 2023 18:45:35 | Webbank/dfs, Po Box 81607, Austin, TX 78708-1607 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 5419700 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 5419701 | *+ | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 5419702 | *+ | Avant, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 5419703 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 5419704 | *+ | Caliber Home Loans, In, 715 S Metropolitan Ave, Oklahoma City, OK 73108-2054 |
| 5419705 | *+ | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5419706 | *+ | Capital One, N.a., Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5419707 | *+ | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 5419708 | * | Ces/clc, C/o Acs, Utica, NY 13501 |

| | | |
|---|---|---|
| 5419709 | *+ | Dpt Treasury, 3700 East West Highway, Hyattsville, MD 20782-2092 |
| 5419710 | *+ | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 5421287 | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 5419711 | *+ | Fayfinancial, 1601 Lbj Freeway, Farmers Branch, TX 75234-6512 |
| 5419712 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 5419713 | *+ | KML Law Group, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5421641 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5419716 | *+ | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 5419717 | *+ | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108-1006 |
| 5419718 | *+ | Radius Global Solution, 9550 Regency Square, Jacksonville, FL 32225-8116 |
| 5419720 | *+ | Seterus Inc, 8950 Cypress Waters, Coppell, TX 75019-4620 |
| 5419721 | *+ | Suntrust Bank/cc 510, Po Box 85526, Richmond, VA 23285-5526 |
| 5419722 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 5419723 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 5419724 | *+ | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 5419725 | *+ | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 5419726 | *+ | Webbank, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 5419727 | *+ | Webbank/dfs, Po Box 81607, Austin, TX 78708-1607 |

TOTAL: 0 Undeliverable, 28 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2023           Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor U.S. Bank National Association not in its individual capacity, but solely as Trustee for LSRMF MH Master Participation Trust II bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michelle J. Cunningham | on behalf of Attorney Lake Wynonah Property Owners Association mcunningham@marcushoffman.com |
| Paul W McElrath, Jr. | on behalf of Debtor 1 Michael Dellock ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael Dellock,  Chapter 13

**Debtor 1**

Case No. 5:21−bk−01247−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: September 21, 2023

ordsmiss (05/18)